In re WATSON. (Supreme Court, Appellate Division, Second Department. October 16, 1914.) In the matter of the judicial settlement of the accounts of Henry R. C. Watson, as sole surviving executor, etc., of William Watson, deceased. No opinion. Motion denied, without costs, for the reason that what are labeled second and third findings of fact are really conclusions of law. See, also, 163 App. Div. 41, 148 N. Y. Supp. 525; 163 App. Div. 656, 148 N. Y. Supp. 1020.

WATSON, Respondent, v. HYGIENIC LUNCH CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 11, 1914.) Action by Hiram R. Watson against the Hygienic Lunch Company. No opinion. Judgment and order unanimously affirmed, with costs.

WATTS, Respondent, v. HERRICK et al., Appellants. (Supreme Court, Appellate Division, Third Department. November 11, 1914.) Action by Samuel M. Watts against Frank C. Herrick and others. No opinion, Order unanimously affirmed, with $10 costs and disbursements.

WEAVER et al., Respondents, v. HEDRICK BREWING CO. et al., Appellants. (Supreme Court, Appellate Division, Third Department. September 15, 1914.) Action by Wellington S. Weaver and others, executors, etc., of William J. Weaver, deceased, who sue, not only for themselves, but also for all other stockholders of the Hedrick Brewing Company similarly situated, against the Hedrick Brewing Company and others. No opinion. Order affirmed, with $10 costs and disbursements.

WEINGART, Respondent, v. MUTUAL LIFE INS. CO. OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. October 30, 1914.) Action by Richard Weingart against the Mutual Life Insurance Company of New York. M. Downs, of New York City, for appellant. M. J. Stroock, of New York City, for respondent. No opinion. Order modified, by striking out the first item in order requiring the bill of particulars, and, as modified, affirmed, without costs. Settle order on notice.

WEIR v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. October 16, 1914.) Action by Martin Weir against the City of New York. No opinion. Motion granted, with $10 costs. Order filed.

WEISKRAGEN, Respondent, v. HEICHEL, Appellant. (Supreme Court, Appellate Division, First Department. October 30, 1914.) Action by Benjamin Weiskragen against John Heichel. C. S. Petrasch, of New York City,

for appellant. L. Steckler, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

WERNER, Appellant, v. WERNER, Respondent. (Supreme Court, Appellate Division, First Department. October 16, 1914.) Action by Arthur M. Werner against Giulia M. Werner. H. S. Dottenheim, of New York City, for appellant. J. P. Cotton, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

WEST et al. v. SOUTHERN RY. CO. et al. (Supreme Court, Appellate Division, First Department. June 19, 1914.) Action by Thomas H. West and others against the Southern Railway Company and others. No opinion. Motion denied, with $10 costs. Opinion per curiam.

WESTON et al. v. WATTS. Appeal of THAIN. (Supreme Court, Appellate Division, First Department. October 16, 1914.) Action by Walter Weston and another against James R. Watts. From an order therein, Alexander Thain, as receiver, appeals. L. E. Warren, of New York City, for appellant. R. E. McLear, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 149 N. Y. Supp. 1118.

WESTON v. WATTS. (Supreme Court, Appellate Division, First Department. November 13, 1914.) Action by Walter Weston against James R. Watts. No opinion. Motion granted. Settle order on notice. See, also, 149 N. Y. Supp. 1118.

WESTON et al. v. WESTON. Appeal of THAIN. (Supreme Court, Appellate Division, First Department. October 30, 1914.) Action by Walter Weston and another against James F. Weston. From an order therein Alexander Thain appeals. L. E. Warren, of New York City, for appellant. R. E. McLear, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

WHAMOND v. NORTH SIDE BOARD OF TRADE. (Supreme Court, Appellate Division, First Department. October 16, 1914.) Action by Reginald Whamond against the North Side Board of Trade. No opinion. Application denied, with $10 costs. Order signed. See, also, 148 N. Y. Supp. 263.

WHEATON, Appellant, v. GRIFFIN, Respondent. GRIFFIN, Respondent, v. WHEATON, Appellant. (Supreme Court, Appellate Division, Third Department. September 15,

1914.) Actions by Armond E. Wheaton against George Griffin and by George Griffin against Armond E. Wheaton. No opinion. Motions denied. See, also, 148 N. Y. Supp. 1118, 1150.

---

WHITE, Respondent, v. WHITE et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. September 30, 1914.) Action by Washington White against Mary White, individually and as administratrix, etc., and others. No opinion. Order (84 Misc. Rep. 114, 146 N. Y. Supp. 368) affirmed, with $10 costs and disbursements.

---

WILKES, Respondent, v. RIX et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 14, 1914.) Action by Grant B. Wilkes against William A. Rix and others. No opinion. Judgment and order affirmed, with costs.

---

In re WILLIAM B. DANA CO. (Supreme Court, Appellate Division, Second Department. October 16, 1914.) In the matter of the appraisal under the Transfer Tax Law (Consol. Laws, c. 60, §§ 220–245) of 655 shares of stock of the William B. Dana Company held by Jacob Seibert, Jr., as trustee. No opinion. Order of the Surrogate's Court of Suffolk County affirmed, with $10 costs and disbursements.

---

WILSON, Appellant, v. LYNCH, Respondent. (Supreme Court, Appellate Division, Third Department. September 23, 1914.) Action by John W. Wilson against John H. Lynch. No opinion. Order affirmed, with $10 costs and disbursements.

---

WISE, Respondent, v. HOADLEY, Appellant. (Supreme Court, Appellate Division, First Department. November 6, 1914.) Action by Charles S. Wise against Joseph H. Hoadley. R. P. Buell, of New York City, for appellant. C. Levy, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

---

WOOD et al., Respondents, v. SMITH, Appellant. (Supreme Court, Appellate Division, Fourth Department. September 30, 1914.) Action by Allen C. Wood and another against Mason M. Smith. No opinion. Order affirmed, with $10 costs and disbursements.

WRIGHT, Respondent, v. CLARK et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 30, 1914.) Action by Joseph M. Wright against Arthur B. Clark and others.

PER CURIAM. We think that the judgment appealed from (81 Misc. Rep. 527, 142 N. Y. Supp. 812), should be reversed. We are of opinion that it was reversible error for the learned trial court to receive in evidence, over objection and exception, the findings of the jury in the former lunacy proceeding, and the order confirming them, inasmuch as said findings and order had been rendered absolutely inoperative by the entry of the order vacating the same and directing a new trial in said proceeding. We think that under the circumstances of this case it would be advisable that either party should apply at Special Term for an order directing the framing of issues for a trial by jury. Judgment reversed, and new trial granted; costs to abide the final award of costs.

---

YAKNIUNAS, Respondent, v. NEW YORK BOTTLE BOX CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 30, 1914.) Action by Ignacy Yakniunas against the New York Bottle Box Company. No opinion. Judgment and order unanimously affirmed, with costs.

---

ZANELLO, Respondent, v. CULKIN et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 21, 1914.) Action by Alexander Zanello against J. Anthony Culkin and another, as copartners, etc. No opinion. Judgment and order affirmed, with costs.

---

ZEHDEN, Respondent, v. YOUNG MEN'S CHRISTIAN ASS'N OF CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. October 16, 1914.) Action by Elizabeth Zehden against the Young Men's Christian Association of the City of New York. No opinion. Judgment and order unanimously affirmed, with costs.

---

In re ZINTSMASTER. (Supreme Court, Appellate Division, Fourth Department. September 30, 1914.) In the matter of the application of Nellie L. Zintsmaster for the appointment of commissioners to determine damages occasioned to the property of the petitioner by the change of grade of West German street in the village of Herkimer. No opinion. Order affirmed, with costs.

**END OF CASES IN VOL. 149**

*